# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158488(20)

*In re* SUMPTER.

_____

NELSON SUMPTER,
       Plaintiff-Appellant,

v

MACOMB CIRCUIT COURT JUDGE,
       Defendant-Appellee.

SC: 158488
COA: 342853
Macomb CC: 2017-000109-AH

_____/

On order of the Court, the motion for reconsideration of this Court's February 4, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

VIVIANO, J., did not participate due to a familial relationship with the presiding circuit court judge in this case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019

Clerk

d0624